

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00090-CV

ARLINGTON SURGICARE
PARTNERS, LTD. D/B/A BAYLOR
SURGICARE AT ARLINGTON;
JONATHAN BOND; CAROLYN
EXLEY; BRETT BRODNAX;
ARLINGTON ORTHOPEDIC AND
SPINE HOSPITAL, LLC D/B/A
BAYLOR ORTHOPEDIC AND
SPINE HOSPITAL AT ARLINGTON,
LTD.; BAYLOR HEALTH
SERVICES; USP TEXAS, L.P.; USP
NORTH TEXAS, INC.; UNITED
SURGICAL PARTNERS
INTERNATIONAL, INC.; TEXAS
HEALTH VENTURES GROUP, LLC;
THVG ARLINGTON GP, LLC; AND
TEXAS HEALTH VENTURE
ARLINGTON HOSPITAL, LLC

APPELLANTS

V.

CFLS INVESTMENTS, LLC; JOE T.
SOUTHERLAND, DPM; RICHARD
ALAN CARTER, DO; JANIS R.
CORNWELL, MD; LINNIE V.
RABJOHN, DPM; JOHN R.
LANDRY, DPM; FROESCHKE
INVESTMENTS, LTD.; ZOEZY 1
SUPERSTAR GP, LLC; THE
WALKER GROUP, LP; WONG

APPELLEES

FAMILY HOLDINGS, LLC;
FALLOPIAN DISASTER
HOLDINGS, LP; MATLOCK OB-
GYN ASSOCIATES, PA; AND
DAVID B. GRAYBILL, DO

----------

FROM THE 352ND DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 352-264845-13

----------

# MEMORANDUM OPINION[1] AND ORDER

----------

We have considered the "Petition for Permission To Appeal Order Denying Partial Summary Judgment Filed By The USPI/Baylor Defendants," as well as all responses, replies, and the trial court's March 17, 2015 amended order permitting the USPI/Baylor Defendants' interlocutory appeal. *See* Tex. R. App. 28.3(a), (f). We **GRANT** the petition to the extent that, as indicated in the trial court's March 17, 2015 amended order, "the issue of the General Partner's ability to consent to the Doctor Defendant's investment in the BOSHA hospital under the first sentence of Section 12.1 of the Partnership Agreement presents a controlling question of law to which there is a substantial ground for disagreement." *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(f) (West 2015); Tex. R. App. P. 28.3(k).

---

[1]*See* Tex. R. App. P. 47.4.

In this appeal, the USPI/Baylor Defendants will be known as the Appellants, and their notice of appeal is deemed filed today. *See* Tex. R. App. P. 28.3(k). This appeal shall be governed by the rules for accelerated appeals. *See* Tex. R. App. P. 28.1, 28.3(k). Also, Appellants shall file a copy of this order with the trial court's clerk. *See* Tex. R. App. P. 28.3(k).

The clerk's record and reporter's record are due on or before **Friday, May 26, 2015.** *See* Tex. R. App. P. 26.1(b), 35.1(b).

Appellants' brief will be due twenty days after the appellate record is filed. *See* Tex. R. App. P. 38.6(a). The Appellees' brief will be due twenty days after the filing of the Appellants' brief. *See* Tex. R. App. P. 38.6(b).

The clerk of this court is directed to transmit a copy of this memorandum opinion and order to the attorneys of record, the trial court, the court reporter, and the trial court clerk.

DATED May 14, 2015.

PER CURIAM

PANEL: DAUPHINOT, WALKER, and GABRIEL, JJ.

DAUPHINOT, J. would dismiss.

3